UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: SUBWAY FOOTLONG )
SANDWICH MARKETING AND ) Case No. 2:13-md-02439-LA
SALES PRACTICES LITIGATION )

### PLAINTIFFS' UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE THEIR CONSOLIDATED AMENDED COMPLAINT

NOW COME all Plaintiffs, by and through interim lead counsel, and respectfully request a second extension of time to file their consolidated amended complaint, as follows:

Defendants do not oppose the extension of time requested in this motion.

On August 19, 2013, the Court entered an order granting Plaintiffs' Unopposed Motion for an Extension of Time to file their Consolidated Amended Complaint. The order sets September 13, 2013 as the date by which Plaintiffs are to file their Consolidated Amended Complaint, and November 12, 2013 as the date by which Defendants are to file their responsive pleading.

Plaintiffs and Defendant are currently engaged in renewed settlement discussions with the assistance of their mediator, retired Judge Morton Denlow. These discussions may affect the relief sought in the Consolidated Amended Complaint. Thus, Plaintiffs request an extension of time to October 11, 2013 to file their Consolidated Amended Complaint, with a corresponding extension of time to December 10, 2013 for Defendants to file their responsive pleading.

In light of the foregoing, Plaintiffs also request that the Rule 26(f) conference deadline of October 1, 2013 be extended to November 30, 2013, and that the telephonic pretrial conference with the Court that is currently scheduled for October 21, 2013 be continued to a date that the Court deems appropriate.

WHEREFORE, Plaintiffs pray that the Court (a) grant them a second extension of time to October 11, 2013 to file their Consolidated Amended Complaint, (b) grant Defendants a corresponding extension of time to December 10, 2013 to file their responsive pleading, (c) extend the Rule 26(f) conference deadline to November 30, 2013, (d) continue the telephonic pretrial conference with the Court to a date that the Court deems appropriate, and (e) for any other relief the Court deems just.

All Plaintiffs, individually, and on behalf of all others similarly situated,

By:    s/Thomas A. Zimmerman, Jr.
       Thomas A. Zimmerman, Jr. (IL #6231944)
       ZIMMERMAN LAW OFFICES, P.C.
       77 West Washington Street, Suite 1220
       Chicago, Illinois 60602
       (312) 440-0020 telephone
       (312) 440-4180 facsimile
       www.attorneyzim.com

       Stephen P. DeNittis
       DeNittis Osefchen, P.C.
       5 Greentree Centre, Suite 410
       Route 73 South & Lincoln Drive
       Marlton, New Jersey 08053
       (856) 797-9951 telephone

Interim Co-Lead Counsel for the Plaintiffs and Class